*Western District of North Carolina*
*United States District Court*

~~STATE OF NORTH CAROLINA~~ ~~IN THE GENERAL COURT OF JUSTICE~~
~~SUPERIOR COURT DIVISION~~
~~COUNTY OF _____~~ ~~___ CVS ___~~

Joe Hand Promotions, Inc. ) 3:12cv693
_____ )
Plaintiff(s) )
)
vs. )  SETTLEMENT AGREEMENT
)
Yousef Alzaghari, et al. )
_____ )
Defendant(s) )

The parties to this action participated in a mediated settlement conference on July 18, 2016, and at that conference reached an agreement to resolve all disputes between them. The terms of the settlement are as follows:

1. Defendant(s) will pay to Plaintiff(s) the sum of $5,000 in Terms below _____ in full and final settlement of all claims alleged by Plaintiff(s) against Defendant(s) in this action.

2. Plaintiff(s) will file a dismissal, with prejudice, of all claims alleged against the Defendant(s) in this action and will execute a complete release to Defendant(s) of all such claims.

3. Other conditions of settlement:
   a) ~~Release~~ Mutual Release
   b) $1000 by payment from Δ to π by 8/8/2016; $1000 payment from Δ to π by 8/29/16; $3000 payment from Δ to π by 1/18/2016
   c) $13,000 Confession of Judgment as penalty if default on above

4. Each party shall bear its own costs and expenses, including attorneys' fees and mediation expenses.

5. In the event of default by either party in the performance of any of the terms of this Settlement Agreement, the parties and their attorneys agree and consent to a court of competent jurisdiction entering and enforcing an Order/Final Judgment based upon the terms and conditions contained in this Agreement and by the execution of this Agreement stipulate that the essential terms of this Agreement are contained in this document or in such documents as are attached hereto and/or by reference made a part of this Settlement Agreement.

DATED: July 18, 2016.

_____, Attorney for Plaintiff
_____, Attorney for Defendants