UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Case No. 3:12-cv-693-GCM

| | |
|---|---|
| JOE HAND PROMOTIONS, INC., <br><br>Plaintiff, <br><br>vs. <br><br>YOUSEF ALZAGHARI, INDIVIDUALLY and f/d/b/a ALADDIN'S HOOKAH LOUNGE; and ALADDIN'S, INC., a business entity f/d/b/a ALADDIN'S HOOKAH LOUNGE, <br><br>Defendants. | |

A motion to enforce settlement agreement having been granted in this action on November 16, 2016, against Defendants Yousef Alzaghari, Individually And F/D/B/A Aladdin's Hookah Lounge; And Aladdin's, Inc., A Business Entity F/D/B/A Aladdin's Hookah Lounge (hereinafter "Defendants"), and, now therefore,

**IT IS HEREBY ORDERED AND ADJUDGED that JUDGMENT** be entered against Defendants, jointly and severally, and in favor of Joe Hand Promotions, Inc., in the sum of $13,000.

**IT IS SO ORDERED**:

Signed: November 16, 2016

Graham C. Mullen
United States District Judge